IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES K. JONES, | ) | FILED: JUNE 13, 2008 |
| | ) | 08CV3414 |
| Plaintiff, | ) | JUDGE GOTTSCHALL |
| | ) | MAGISTRATE JUDGE VALDEZ |
| vs. | ) Civil Action No. | |
| | ) | TC |
| VAN RU CREDIT CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

NOW COMES the Plaintiff, CHARLES K. JONES, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, VAN RU CREDIT CORP., and alleging as follows:

**PRELIMINARY STATEMENT**

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

**JURISDICTION AND VENUE**

2. Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

**PARTIES**

3. Plaintiff, Charles K. Jones, ("Plaintiff"), is an individual who was at all relevant times residing in the City of Loudon, State of Tennessee.

4. At all relevant times herein, Defendant, Van Ru Credit Corp., ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed from Plaintiff's son.

5.      Defendant is a corporation that has its principal place of business and its offices located in the State of Illinois.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. VAN RU CREDIT CORP.

6.      On March 10, 2008, Plaintiff began receiving telephone calls from a representative of Defendant attempting to collect a debt allegedly owed from Plaintiff's son.

7.      In said telephone conversation, Defendant asked to speak with Brett Jones. Plaintiff told Defendant that Brett Jones was his son and that he did not reside with Plaintiff and to no longer call his home.

8.      Despite said request, Defendant continued to place repeated and harassing telephone calls to Plaintiff, on a few occasions using threatening and profane language. Moreover, in one single day, Defendant dialed Plaintiff's telephone number no less than seven (7) times.

9.      After the telephone calls continued, on March 21, 2008, Plaintiff wrote a cease and desist letter to Defendant demanding it no longer contact Plaintiff and disputing the validity of the debt as it did not belong to Plaintiff.

10.     In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

    a.      Communicated with any person other than the consumer on more than one occasion in violation of 15 U.S.C. § 1692b(3);

    b.      Communicated further with the consumer after the consumer notified the debt collector in writing that the consumer refuses to pay a debt or that the

consumer wishes the debt collector to cease further communication with the consumer with respect to such debt in violation of 15 U.S.C. § 1692c(c); and

c.  Caused a telephone to ring or engaged any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number in violation of 15 U.S.C. § 1692d(5).

11. As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, CHARLES K. JONES, by and through his attorneys, respectfully prays for judgment as follows:

a.  All actual compensatory damages suffered;

b.  Statutory damages of $1,000.00 for Plaintiff;

c.  Plaintiff's attorneys' fees and costs;

d.  Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY ***

Respectfully Submitted,
**CHARLES K. JONES**

By:  s/Larry P. Smith
     Attorney for Plaintiff

Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph.    (312) 222-9028
Fax    (312) 602-3911
e-mail  lsmith@lpsmithlaw.com