IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 08-CV-3414 |
| ) | |
| VAN RU CREDIT CORP., ) | |
| ) | |
| Defendant. ) | |

## VOUNTARY MOTION TO DISMISS

NOW COMES the Plaintiff, CHARLES JONES, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, VAN RU CREDIT CORP., with prejudice and without costs to be paid to any party.

                                                                                                               Respectfully Submitted,
                                                                                                                **CHARLES JONES**

                                                                                                                By: _____*/s Larry P. Smith*_____
                                                                                                                      Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911