**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Charles K. Jones
                               Plaintiff,

v.                                              Case No.: 1:08−cv−03414
                                                    Honorable Joan B. Gottschall

Van RU Credit Corp.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's voluntary motion to dismiss [7] is granted. It is hereby ordered that this case is dismissed with prejudice and without costs to be paid to any party. Status hearing set for 8/13/2008 is stricken. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.